# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iaroslav Baklan,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>All Answers Limited,<br><br>　　　　　　Defendant. | No. CV-20-00707-PHX-JZB<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Joint Motion for Extension of Time to File Stipulation of Dismissal. (Doc. 43.) Therein, the parties request a three-week extension to file the stipulation of dismissal. The Court will grant the Motion.

　　　　**IT IS ORDERED**:

　　　　1.　　The parties' Joint Motion (doc. 43) is **granted**.

　　　　2.　　On or before **February 25, 2021**, the parties shall file a stipulation of dismissal in this action. If no stipulation is filed by the deadline, the Clerk is directed to terminate this action.

　　　　Dated this 2nd day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　Honorable John Z. Boyle
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge