Brett E. Lewis, Esq. (*Admitted Pro Hac Vice*)
Lauren Valli, Esq. (*Admitted Pro Hac Vice*)
LEWIS & LIN, LLC
81 Prospect Street, Suite 8001
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: Brett@iLawco.com
      Lauren@iLawco.com
*Attorneys for Iaroslav Baklan*

Thomas P. Howard, Esq. (*Admitted Pro Hac Vice*)
Scott E. Brenner, Esq. (*Admitted Pro Hac Vice*)

842 W. South Boulder Rd., Suite 100
Louisville, CO 80027
Tel: (303) 665-9845
Fax: (303) 665-9847
Email: thoward@thowardlaw.com
      sbrenner@thowardlaw.com
*Attorneys for All Answers Ltd*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Iaroslav Baklan,<br><br>    Plaintiff/Counter Defendant,<br><br>vs.<br><br>All Answers Ltd,<br><br>    Defendant/Counterclaimant,<br><br>vs.<br><br>Boosta, Ltd.,<br><br>    Third-Party Defendant. | Case No. 2:20-cv-00707-JZB<br><br>**STIPULATION OF DISMISSAL** |

The parties file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Iaroslav Baklan; the defendant is All Answers Ltd. Boosta, Ltd. is third-party defendants. Boosta has not been served.

1

2. On April 9, 2020, the plaintiff sued the defendant.

3. On November 4, 2020, the defendant answered and brought counterclaims.

4. Plaintiff Baklan and defendant All Answers jointly stipulate to the dismissal of this action.

5. Defendant All Answers also dismisses its claims against third-party defendant Boosta. Boosta has not answered or otherwise responded to the third-party complaint.

6. Neither plaintiff Baklan nor defendant All Answers has previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case against one another.

7. This dismissal is with prejudice.

Dated: March 15, 2021.

| LEWIS & LIN, LLC | THOMAS P. HOWARD, LLC |
|---|---|
| By: <u>Lauren Valli (email authorization)</u><br>    Lauren Valli, Esq.<br>    Brett E. Lewis, Esq. | By: <u>/s/ Scott E. Brenner</u><br>    Scott E. Brenner, Esq.<br>    Thomas P. Howard, Esq. |
| 81 Prospect Street, Suite 8001<br>Brooklyn, NY 11201<br>Tel: (718) 243-9323<br>Fax: (718) 243-9326<br>brett@iLawco.com<br>lauren@iLawco.com | 842 W. South Boulder Rd., Suite 100<br>Louisville, CO  80027<br>Tel: (303) 665-9845<br>Fax: (303) 665-9847<br>thoward@thowardlaw.com<br>sbrenner@thowardlaw.com |
| *Attorneys for Iaroslav Baklan* | *Attorneys for All Answers Ltd* |

### Certificate of Service

I hereby certify that on March 15, 2021, I electronically filed the foregoing stipulation with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Roberto Ledesma roberto@ilawco.com
Brett Evan Lewis brett@ilawco.com
LaurenValli   lauren@iLawco.com
Thomas P. Howard thoward@thowardlaw.com
Scott E. Brenner sbrenner@thowardlaw.com

s/ Melissa Bench